UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff  vs.  MARCO TULIO SOLORZANO  Defendant(s) | CRIMINAL NO. 08 MJ 2044  ORDER  RELEASING MATERIAL WITNESS  Booking No. |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

ITZEL HERNANDEZ-VARGAS

DATED: 7/16/08

RECEIVED _____
            DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk
**B. LLOYD**