UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Marco Tulio Solorzano ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR2338-H <br> 08MJ2044 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 10181298 |

On order of the United States District/Magistrate Judge, __NITA L. STORMES__

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Guadalupe Leyva-Bautista

DATED: 7-17-08

RECEIVED _____
DUSM

NITA L. STORMES
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by G. Perrault
Deputy Clerk

G PERRAULT

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082